# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4090
_____

TIMOTHY DEANTE BURROUGHS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

January 8, 2019

PER CURIAM.

AFFIRMED.

RAY, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, Joanna A. Mauer, Assistant Public Defender, and Kathleen Pafford, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Brooke Moody, Attorney General, Trisha Meggs Pate, Assistant Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Appellee.